FILED
UNITED STATES DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

JUN 3 0 2009

Civil Action No. '09 - CV - 01524 ℬℎℬ

GREGORY C. LANGHAM
CLERK

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

DAVID A. YORK, 95717, 49030 State Hwy-71, Limon, CO 80826,

      Plaintiff,

v.

(NAME UNKNOWN) MAYOR, Mesa County, Grandjunction [sic],
(NAME UNKNOWN), COMMISSIONER, Mesa County, Grandjunction [sic],
(NAME UNKNOWN), CHIEF OF POLICE, Grandjunction [sic],
STAN HILKEY, Sheriff, Mesa County
PETE HAUTZINGER, District Attorney, Mesa County,
MARSHALL DIXON, TaskForce Officer, Mesa County, Grandjunction [sic],
SHAWN HASTY, TaskForce Officer, Mesa County, Grandjunction [sic],
BRIAN FRASIER, Police Officer, Grandjunction [sic],
CODY KENNEDY, Police Officer, Grandjunction [sic], and
BEN CARNES, Deputy Sheriff, Mesa County,

      Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
## DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

      Plaintiff has submitted a cover letter, a Motion for Appointment of Counsel, a

Summons, a Declaration in Support of Motion to Proceed In Forma Pauperis, a certified

account statement, and a Civil Action Complaint. As part of the court's review pursuant

to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are

deficient as described in this order. Notwithstanding the deficiencies, the clerk of the

court will be directed to commence a civil action. Plaintiff will be directed to cure the

following if he wishes to pursue his claims.  Any papers that the Plaintiff files in

response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)     __     is not submitted
(2)     __     is missing affidavit
(3)     __     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)     __     is missing certificate showing current balance in prison account
(5)     __     is missing required financial information
(6)     __     is missing an original signature by the prisoner
(7)     X      is not on proper form (must use the court's current form)
(8)     __     names in caption do not match names in caption of complaint, petition or habeas application
(9)     __     An original and a copy have not been received by the court. Only an original has been received.
(10)    __     other:_____.

**Complaint, Petition or Application**:
(11)    __     is not submitted
(12)    X      is not on proper form (must use the court's current form)
(13)    __     is missing an original signature by the prisoner
(14)    __     is missing page nos. ___
(15)    __     uses et al. instead of listing all parties in caption
(16)    __     An original and a copy have not been received by the court.  Only an original has been received.
(17)    __     Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)    __     names in caption do not match names in text
(19)    __     other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order.**  Any papers that the Plaintiff files

in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms:  Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _26th_ day of _June_ , 2009.

BY THE COURT:

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No.      **'09 - CV - 01524**

David A. York
Prisoner No. 95717
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

      I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint forms** to the above-named individuals on___*6/30/09*___

GREGORY C. LANGHAM, CLERK

By:_____
                  Deputy Clerk